FILED

SEP 10 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:22MJ3059 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | REUBEN J. SHEPERD |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH KLEINHENZ, | ) | MOTION TO UNSEAL CASE |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through its counsel, Rebecca C. Lutzko, United States Attorney, and Edward Brydle, Assistant United States Attorney, and respectfully moves the Court for an Order unsealing Case No. 1:22MJ3059, so that counsel for the government may proceed with filing an Information.

Counsel for the government submits that Case No. 1:22MJ3059 was ordered sealed at the government's request since the contents related to a then-pending investigation and sealing of Case No. 1:22MJ3059 was deemed necessary to prevent compromise of the then-pending investigation, to protect the identity of the Petitioner, and to protect disclosure of information which would have otherwise kept potential witnesses from coming forward to cooperate. Such concern no longer exists.

Accordingly, the United States of America respectfully moves the Court to enter an Order unsealing Case No. 1:22MJ3059.

                                        Respectfully submitted,

                                        REBECCA C. LUTZKO
                                        United States Attorney

By:   /s/ Edward Brydle
        Edward Brydle (OH:0083243)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3875
        (216) 522-2403 (facsimile)
        Edward.Brydle@usdoj.gov