**FILED**
SEP 10 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| Plaintiff, | ) | |
| | ) | CASE NO. **1:24 CR 00324** |
| v. | ) | |
| | ) | Title 29, United States Code, |
| KENNETH KLEINHENZ, | ) | Section 429(b) |
| | ) | |
| Defendant. | ) | **JUDGE CALABRESE** |

Defendant, Company 1, and Local Union 1

At all times material to this Information, unless otherwise specified:

1. Defendant KENNETH KLEINHENZ resided in or around Parma Heights, Ohio, in the Northern District of Ohio, Eastern Division. Defendant was an employee at Company 1.

2. Company 1 was a packaging business located in North Olmstead, in the Northern District of Ohio, Eastern Division Ohio. Company 1 engaged in interstate commerce.

3. Local Union 1 represented Company 1's bargaining unit employees.

4. Local Union 1 was a labor organization engaged in an industry affecting commerce within the meaning of the Labor Management Reporting and Disclosure Act, Sections 402(i) and 402(j) of Title 29, United States Code.

5. Defendant was treasurer of Local Union 1 from on or about February 2012 through on or about November 2019. As treasurer, Defendant was an officer of Local Union 1 and held a position of trust.

COUNT 1
(Embezzlement and Theft of Funds of Labor Union Assets, 29 U.S.C. § 501(c))

The United States Attorney charges:

6. The allegations contained in paragraphs 1 through 5 of this Information are realleged and incorporated by reference as if fully set forth herein.

7. On or about February 8, 2012 through on or about November 7, 2019, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant KENNETH KLEINHENZ, while an officer, that is, Treasurer, of Local Union 1, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $89,457.40.

All in violation of Title 29, United States Code, Section 501(c).

REBECCA C. LUTZKO
United States Attorney

By: *Michael J. Collyer*
Michael Collyer
Chief, Criminal Divison

2